**FILED & ENTERED**

FEB 20 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia  DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>LISA M. FANCHER,<br><br>Debtor, | Bankr. No. 1:23-bk-1324-VK<br><br>Chapter 13<br><br>Adversary No. 1:23-ap-01026-VK |
| LOUIS MAYORGA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LISA FANCHER, an individual doing business as Frontier Records and American Lesion Music; BMG RIGHTS MANAGEMENT (US) LLC, and DOES 2 through 20, inclusive,<br><br>Defendants. | [PROPOSED] **ORDER GRANTING PLAINTIFF LOUIS MAYORGA'S MOTION IN LIMINE "A" REGARDING PARAGRAPHS 26-28 OF PRETRIAL STIPULATION [DOC. 118]**<br><br>Date:       February 13, 2025<br>Time:      1:30 p.m.<br>Courtroom: 301 (via ZoomGov)<br>                   21041 Burbank Blvd.<br>                   Woodland Hills, CA<br>                   91367 |

*On February 13, 2025, at 1:30 p.m., the Court held a hearing on the Plaintiff Louis Mayorga's Motion in Limine "A" Regarding Paragraphs 26-28 of Pretrial Stipulation [Doc. 118] (the "Motion") [doc. 137], the Honorable Victoria S.*

*Kaufman, United States Bankruptcy Judge, presiding. Appearances were as noted on the record.*

THE COURT, having considered ~~Plaintiffs' Motion in Limine "A" to exclude evidence of, and limit reference to the "Settlement Agreement" referenced by Defendant Lisa Fancher ("Defendant" or "Fancher") in Paragraphs 26-28 of Plaintiff's Unilateral Pretrial Stipulation [Doc. 118]~~ *the Motion, the opposition to the Motion [doc. 138, refiled as doc. 141] and for the reasons set forth in the Court's posted ruling [doc. 150]*, and good cause having been shown, HEREBY GRANTS THE MOTION.

IT IS HEREBY ORDERED that Defendant Lisa Fancher is PROHIBITED from introducing evidence or referring in any way to the Settlement Agreement referred to in the Pretrial Stipulation [Doc. 118], including but not limited to whether Plaintiff was willing or able to perform under the Settlement Agreement, whether Plaintiff created any condition rendering him unable to perform, and Defendant's attempts to enforce the Settlement Agreement in the Superior Court.

~~Further, absent an offer of proof as to the relevance of the same, no party or witness is to reference, mention, imply or discuss the non-related settlement agreement issues referenced in Paragraphs 26-28 of Plaintiff's Unilateral Pretrial Stipulation [Doc. 118]. In addition, witnesses should be advised and warned regarding the existence and force of this order~~.

###

Date: February 20, 2025

Victoria S. Kaufman
United States Bankruptcy Judge

-2-
[~~PROPOSED~~] ORDER